IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                4:11CR000256-1 JMM

ARTHUR RAY OSBORN

### **ORDER**

Defendant, who has been detained since his April 18, 2012 detention hearing, has filed a Motion requesting a bond hearing. (Docket entry #39). He proposes paying for a residential drug treatment program in Little Rock. *Id.*

The Motion will be denied for the same reasons stated in the Court's December 6, 2012 Order (docket entry #31) denying Defendant's earlier request to be released to a third-party custodian.

IT IS THEREFORE ORDERED THAT Defendant's Motion Requesting Bond (docket entry #39) is DENIED.

Dated this 13th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE